UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

TARSHNAY JACKSON,

          Plaintiff,

-against-

CITY OF NEW YORK, ET AL.,

          Defendants.

------------------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ APR 11 2013 ★
BROOKLYN OFFICE

**STIPULATION AND ORDER OF DISMISSAL**

12-CV-2438 (ILG) (RML)

       **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| Stoll, Glickman & Bellina, LLP<br>*Attorneys for Plaintiff*<br>475 Atlantic Avenue, 3rd Floor<br>Brooklyn, New York 11217<br>(718) 852-3710<br><br>By: /s/ Leo Glickman<br>Leo Glickman<br>*Attorney for Plaintiff* | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City, Reynolds,*<br>  *White, and Friendly*<br>100 Church Street, Rm. 3-175<br>New York, New York 10007<br><br>By: /s/ Max McCann<br>Max McCann<br>*Assistant Corporation Counsel*<br><br>SO ORDERED<br><br>s/ILG<br><br>HON. I. LEO GLASSER, SR.<br>UNITED STATES DISTRICT JUDGE |

Dated: New York, New York
4/10, 2013